DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**GARY PARENT** a/k/a **GARY JOHN PARENT,**
Appellant,

v.

**THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A.,** et al.,
Appellee.

No. 4D21-2572

[June 9, 2022]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Barry J. Stone, Senior Judge; L.T. Case No. CACE18-020900.

Michael Alex Wasylik of Ricardo & Wasylik PL, Dade City for appellant.

Morgan L. Weinstein of Van Ness Law Firm, PLC, Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, GERBER and LEVINE, JJ., concur.

\*          \*          \*

*Not final until disposition of timely filed motion for rehearing.*